# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

RICHARD GRAMM and
REAPER SOLUTIONS, LLC, f/k/a
HEADSIGHT, INC.,

        Plaintiff(s),

v.

DEERE & COMPANY,

        Defendant(s),

**CIVIL NUMBER:  3:22-cv-00010-RGE-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Denying Motion for Further Proceedings [229], judgment is entered against Plaintiffs on its sole claim of infringement and in favor of the Defendants on all counterclaims.

Date: January 30, 2024

CLERK, U.S. DISTRICT COURT

/s/  Kandy Sands
_____
By: Deputy Clerk