**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

RICHARD GRAMM and REAPER SOLUTIONS, LLC, *f/k/a* HEADSIGHT, INC.,

Plaintiffs,

v.

DEERE AND COMPANY,

Defendant.

Case No. 3:22-cv-00010-RGE-SBJ

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

The Court, having reviewed Plaintiffs Richard Gramm and Reaper Solutions, LLC f/k/a Headsight, Inc.'s Rule 37(a)(3)(B) motion to compel discovery from Defendant Deere and Company ("Deere"), hereby orders:

**ORDER**

1. Plaintiffs' motion is **GRANTED** in its entirety.

2. Deere must produce all documents responsive to Plaintiffs' Fourth Set of Requests for Production within seven (7) days of the date of this Order.

3. Plaintiffs' request for the reasonable attorneys' fees and costs associated with this motion to compel is **GRANTED**. Plaintiffs shall submit a declaration setting forth the fees and costs incurred in connection with this motion within 14 days from the date of this Order.

**IT IS SO ORDERED.**

DATED:_______________, 2026

________________________________________
The Honorable Stephen B. Jackson, Jr.
Chief United States Magistrate Judge